1
2
3
4
5
6
7   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF WASHINGTON
8
9   STEPHEN R. SEARS,
10      Plaintiff,                          NO. CV-04-0457-RHW
11      v.
                                            **ORDER GRANTING MOTION
12  UNUMPROVIDENT                           FOR DISMISSAL WITHOUT
    CORPORATION,                            PREJUDICE**
13      Defendant.
14

15   Before the Court is the parties' Agreed Motion for Dismissal Without

16 Prejudice (Ct. Rec. 14). The motion was heard without oral argument.

17   The parties have settled the above-captioned case and ask the Court to

18 dismiss the action without prejudice and without attorney fees or costs to either

19 party.

20   Accordingly, **IT IS HEREBY ORDERED:**

21   1. The parties' Agreed Motion for Dismissal Without Prejudice (Ct. Rec.

22 14) is **GRANTED**.

23   2. The above-captioned case is dismissed without prejudice and without

24 attorneys fees or cost to any party.

25 ///
26 ///
27 ///
28 ///

**ORDER GRANTING MOTION FOR DISMISSAL WITHOUT PREJUDICE ~ 1**

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this order, provide copies to counsel, and close the file.
3  **DATED** this 30th day of April, 2008.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2004\Sears\stay.ord.wpd

**ORDER GRANTING MOTION FOR DISMISSAL WITHOUT PREJUDICE ~ 2**